In re Poullard, John;—Plaintiff; Applying For Supervisory and/or Remedial *286 Writs, Parish of St. Landry, 27th Judicial District Court Div. C, No. 86-0623-C; to the Court of Appeal, Third Circuit, No. KH 09-00088.
Denied. Untimely, repetitive, and not cognizable on collateral review. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/196), 665 So.2d 1172; La.C.Cr.P. art. 930.4(D).